CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  (916) 446-9322
FAX:  (916) 446-0770
E mail: c.fry@att.net

Attorney for LEAH ISOM,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,               )   No. CR.S-11-210-JAM
                                        )
                    Plaintiff,          )   **WAIVER OF PERSONAL APPEARANCE**
                                        )   (Amended)
          v.                            )
                                        )
LEAH ISOM,                              )
                                        )
                    Defendant.          )
                                        )
_____        )
-

        The defendant hereby waives the right to be present in person in open court upon the

hearing of any motion or other proceeding in this case, including, but not limited to, when the

case is ordered set for trial, when a continuance is ordered, and when any other action is taken

by the court before or after trial, except upon arraignment, plea, every trial stage including

impanelment of jury and verdict, and imposition of sentence.  The defendant hereby requests

the court to proceed during every absence of hers which the court may permit pursuant to this

waiver, agrees that her interests will be deemed represented at all times by the presence of her

attorney the same as if she were personally present, and further agrees to be present in court

and ready for trial any day and hour the court may fix in her absence.

                                        ///

                                        -1-

1                       ///

2       The defendant acknowledges that she has been informed of her rights under Title 18

3 U.S.C. Sections 3161-3174 (Speedy Trial Act), and authorizes her attorney to set times and

4 delays under that act without her being present.

5

6 Dated:  November 18, 2011                 /s/ Leah Isom
                                             LEAH ISOM, Defendant

7

8

9 I agree with and consent to my client's waiver of appearance.

10

11 Dated:  November 23, 2011                 /s/ Candace A. Fry
                                          CANDACE A. FRY, Attorney for

12                                           LEAH ISOM, Defendant

13

14                       O R D E R

15       It is so ordered.

16

17         Dated: 11/28/2011

18

19                 /s/ John A. Mendez

20                 JOHN A. MENDEZ
                UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28