1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL D. ANDERSON
   LEE S. BICKLEY
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA  95814
   Telephone: (916) 554-2700
5  Facsimile:  (916) 554-2900

6  Attorneys for Plaintiff
   United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-00210 JAM |
|---|---|---|
| 12 | Plaintiff, | STIPULATION AND ORDER CONTINUING IMPOSITION OF JUDGMENT & SENTENCING |
| 13 | v. | DATE: MAY 27, 2014 |
| 14 | VERA KUZMENKO, et. al., | TIME: 9:45 A.M. |
| 15 | Defendants. | JUDGE: JOHN A. MENDEZ |

16

17                          **STIPULATION**

18      Plaintiff United States of America, by and through its counsel of record, and defendant Leah

19  Isom, by and through his counsel of record, hereby stipulate that the status conference concerning

20  judgment and sentencing in the matter presently set for May 27, 2014, at 9:45 a.m. may be vacated and

21  the matter continued to February 17, 2015, at 9:30 a.m. for a status conference regarding the imposition

22  of judgment and sentence.

23      Ms. Isom's plea agreement with the government contains a cooperation provision and the

24  government is not able to adequately assess the degree of his cooperation until the charges against others

25  have been tried or otherwise disposed of.  For that reason, the parties have stipulated that the current

26  date for a status conference concerning imposition of judgment and sentencing may be vacated and the

27  matter continued to February 17, 2015, at 9:30 a.m. for a status conference regarding a new date for

28  imposition of judgment and sentencing and the setting of a new schedule of disclosures for the pre-

sentencing report.

IT IS SO STIPULATED.

DATED: April 28, 2014                                BENJAMIN B. WAGNER
                                                    United States Attorney

                                                    */s/ Lee S. Bickley*
                                                    LEE S. BICKLEY
                                                    Assistant United States Attorney

                                                    For the UNITED STATES OF AMERICA

DATED: April 28, 2014                                */s/ Lee S. Bickley for*
                                                    CANDACE A. FRY

                                                    For defendant LEAH ISOM

# **O R D E R**

IT IS SO FOUND AND ORDERED that for good cause appearing from the stipulation of the parties that the status conference concerning imposition of judgment and sentencing in this matter currently scheduled for 9:45 a.m. on May 27, 2014, is vacated and the matter is continued to February 17, 2015, at 9:30 a.m. for a status conference regarding the imposition of judgment and sentence.

This 28th day of April, 2014.

                                                    /s/ John A. Mendez
                                                    HONORABLE JOHN A. MENDEZ
                                                    UNITED STATES DISTRICT JUDGE