# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

United States of America )
vs. )   **Case No. 2:11-CR-00210-JAM-10**
)
Leah Isom )

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____ Leah Isom _____ , have discussed with _____ Julia Morris _____ , Pretrial Services Officer, modifications of my release conditions as follows:

Remove the following condition of release:
> You shall submit to drug or alcohol testing as approved by the pretrial services officer.

Reason for modification:   The defendant has been testing since she was placed on pretrial supervision on November, 7, 2011. The defendant has not sustained any positive drug/alcohol tests since that time.

Pretrial Services concurs with the modification.   All other conditions shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____     8-11-15     _____     8/11/15
Signature of Defendant          Date          Signature of Pretrial Services Officer     Date

I have reviewed the conditions and concur that this modification is appropriate.

_____     8/11/15
Signature of Assistant U.S. Attorney          Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____     8/12/15
Signature of Defense Counsel          Date

## ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on   August 12, 2015

[ ] The above modification of conditions of release is *not* ordered.

_____                               August 12, 2015
Judicial Officer Signature                                   Date